**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mark Allen McMILLION,**
**Defendant–Appellant.**

**No. 06–30044.**

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

v.

**Alfred Francis CHARETTE, Defendant—Appellant.**

**No. 06–30069.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 8, 2007.*

Filed Feb. 16, 2007.

Submitted Feb. 9, 2007 *.

Filed Feb. 16, 2007.

Marcia Good Hurd, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David A. Duke, Esq., Law Office of David A. Duke, Billings, MT, for Defendant–Appellant.

Before: BEEZER, GRABER, and PAEZ, Circuit Judges.

## ORDER **

The Government acknowledged in its letter submitted pursuant to Federal Rules of Appellate Procedure 28(j) that the district court did not solicit the views of counsel before it issued its order responding to our previous *Ameline* remand. *See United States v. Ameline*, 409 F.3d 1073 (9th Cir.2005) (en banc). "[O]n *Ameline* remand, a district court must obtain, or at least solicit, the views of counsel in writing before deciding whether re-sentencing is appropriate." *United States v. Montgomery*, 462 F.3d 1067, 1069 (9th Cir.2006). Accordingly, we remand for further proceedings consistent with *Ameline* and *Montgomery*.

**REMANDED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Cir. R. 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).